```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

ALAM & SARKER, LLC, et al.,  )
    Plaintiffs,              )
                              )
        v.                    )    C.A.  No. 21-11727-MLW
                              )
UNITED STATES OF AMERICA,     )
    Defendant.                )

MEMORANDUM AND ORDER

WOLF, D.J.                                      September 29, 2023

      Plaintiffs Alam & Sarker, LLC d/b/a Star Market ("Star Market"), Mahammad Mahbub Alam, and Md Mashum Billah Sarker, in this case seek judicial review of the United States Department of Agriculture's Food and Nutrition Services' ("FNS") decision to permanently disqualify plaintiffs from participating in the Supplemental Nutrition Assistance Program ("SNAP") because Star Market more likely than not trafficked in SNAP benefits.

      The United States has moved for summary judgment, Dkt. No. 39, which plaintiffs oppose, Dkt. No. 47. On June 8, 2023, the Magistrate Judge issued a Report and Recommendation recommending granting the United States' motion for summary judgment (the "Report). Dkt. No. 61. Plaintiffs object. Dkt. No. 62.

      The court has reviewed de novo the matters as to which plaintiffs have objected. See 28 U.S.C. §636(b)(1); FED. R. CIV. P. 72(b)(3). The court finds that each objection is unmeritorious.

More specifically, the court finds that the Magistrate Judge correctly stated the applicable law and properly identified the material facts not in genuine dispute. In addition, the Magistrate Judge properly found that FNS has provided the required sufficient evidence for a reasonable factfinder to conclude that trafficking occurred. See Irobe v. U.S. Dep't of Agriculture, 890 F.3d 371, 377 (1st Cir. 2018). This court finds, as the Magistrate Judge implicitly found, that plaintiffs, who bear the burden of proving that FNS' finding of trafficking was erroneous, have "fail[ed] to identify 'significantly probative' evidence favoring [their] position." Id. (citing Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 249-50 (1986)). Therefore, summary judgment is warranted.

In essence, the court finds that the Report is thorough, and its reasoning is persuasive. Therefore, for the reasons explained in the Report, it is hereby ORDERED that:

1. The Report and Recommendation (Dkt. No. 61), attached hereto as Exhibit 1, is ADOPTED and INCORPORATED in this Memorandum.

2. Defendant's Motion for Summary Judgment (Dkt. No. 39) is ALLOWED and judgment shall enter for the defendant.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE